# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Micheal Grzyb-Lopez, | No. CV-23-00271-PHX-SRB (CDB) |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Parties, et al., | |
| Defendants. | |

Plaintiff, Anthony Michael Grzyb-Lopez, filed Motion for Leave to File Second Amended Complaint on October 8, 2024 (Doc. 42). Defendants filed a Response on October 22, 2024 (Doc. 49.) Plaintiff did not file a reply.

The Magistrate Judge filed a Report and Recommendation (Doc. 53) on November 20, 2024 recommending that Plaintiff's Motion for Leave to File Second Amended Complaint be denied. In her Report and Recommendation, the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the

Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the Order of this Court. (Doc. 53)

**IT IS FURTHER ORDERED** denying Plaintiff's Motion for Leave to File Second Amended Complaint. (Doc. 42)

Dated this 12th day of December, 2024.

*Susan R. Bolton*
Susan R. Bolton
United States District Judge